——— ———, for plaintiff.
*Israel Smith,* for defendant.

<hr/>

WILLIAM HOGG, *ex dem.* SILAS HODGES *et al.*
      *against*
   ERASTUS WOLCOTT, Tenant.

   COSTS on new trial in ejectment.    Upon granting
   This cause, after being *several terms* in the County    a new trial, the Court will not
Court, came by appeal to the Supreme Court, and    tax costs a-gainst the ad-
was tried *February* term, 1800. *Verdict for the plain-*    verse party from the com-
*tiff.*    At the *May* adjourned term of this Court,    mencement of the suit, but
1800, defendant *Wolcott* filed his motion for new    merely those costs which
trial, grounded upon the recent discovery of new and    have accrued
material evidence.    New trial was granted and had    after the grant-ing of the new
this present term, when the Jury found *a verdict for*    trial.
*the defendant;* and now defendant moved for his

costs to be taxed from the commencement of the suit in the County Court.

*Chauncey Langdon* conceded, that if the new trial had been granted by reason of the misconduct of his client, the plaintiff, full costs might have been taxed; but *e contra* where the new trial was granted on account of the misfortune of the defendant, occasioned by his ignorance of certain material evidence.

*Per Curiam.* The new trial was granted solely upon the discovery of *new* and material evidence. Here was no misconduct in the plaintiff. Let costs be taxed for the defendant, solely from the commencement of the new trial.

*Langdon*, for plaintiff.
———— ————, for defendant.